**Opinion issued November 6, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00318-CV

———————————

**AMERICAN ROCK RESOURCES, LLC,**
**Appellant/Cross-Appellee**

**V.**

**ARGOS USA LLC AND COMPAS MARINE USA, LLC,**
**Appellees/Cross-Appellants**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-44045**

---

## MEMORANDUM OPINION

Appellant/Cross-Appellee, American Rock Resources, LLC, filed a notice of appeal from the trial court's April 2, 2025 final judgment.

Appellees/cross-appellants, Argos USA LLC and Compas Marine USA, LLC, also filed a notice of appeal from the trial court's April 2, 2025 final judgment.

On September 25, 2025, the Court abated this appeal and referred the parties to mediation. On October 27, 2025, the parties filed a "Notice of Settlement and Joint Motion to Dismiss the Appeals with Prejudice." In the motion, the parties stated that they "entered into a Settlement and Release Agreement," which resolved "all currently known and unknown claims and matters in controversy between the [p]arties." The motion therefore requested that the "Court dismiss the [a]ppeals to effectuate the [p]arties' agreement." The motion further stated that "[c]osts on appeal should be taxed against the party incurring same." *See* TEX. R. APP. P. 42.1(d).

We construe the motion as a request to "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement." *See* TEX. R. APP. P. 42.1(a)(2)(B).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX R. APP. P. 42.1(a)(2), (c). The motion was filed jointly and is signed by counsel for all parties. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we grant the parties' joint motion, reinstate this appeal to the Court's active docket, set aside the trial court's judgment without regard to the merits, and remand the cause to the trial court for rendition of judgment in

accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). We further direct the Clerk of this Court that costs are to be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.